IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:18-cv-541

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>COLIN CROSSMAN, DEANNA CROSSMAN AND MT CHARLESTON LANDLORD, LLC,<br><br>    Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOW COMES the Plaintiff, Westfield Insurance Company ("Westfield"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and hereby dismisses **without prejudice** its Complaint against Colin Crossman and Deanna Crossman **only**.

Upon serving Colin and Deanna Crossman with a copy of the Complaint, the undersigned was contacted by bankruptcy counsel for Colin and Deanna Crossman and was informed that the Crossmans had both commenced a Chapter 11 bankruptcy proceeding on September 20, 2018 (EDNC Case No. 18-04668-5-DMW). Accordingly, 11 U.S.C. 362 imposed an automatic stay on actions against the Crossmans.

Nothing contained in this filing is intended to preclude Westfield from proceeding in this action against MT Charleston Landlord, LLC.

This the 27th day of November, 2018.

                                    /s/ Jeffrey B. Kuykendal
                                    Jeffrey B. Kuykendal
                                    McAngus, Goudelock & Courie, PLLC
                                    P.O. Box 30307
                                    Charlotte, NC 28230
                                    heather.connor@mgclaw.com
                                    jeffrey.kuykendal@mgclaw.com
                                    *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the date above I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Additionally, I deposited a copy of the same in an official depository of the U.S. Mail in a postage-paid envelope addressed as follows:

>Colin Crossman
>301 S. Academy Street
>Cary, North Carolina 27511-3345
>
>Deanna Crossman
>301 S. Academy Street
>Cary, North Carolina 27511-3345
>
>MT Charleston Landlord, LLC
>c/o Sierra Corporate Services – Las Vegas
>2300 West Sahara Avenue, Suite 1200
>Las Vegas, Nevada 89102

Further, I deposited a COURTESY copy of the same in an official depository of the U.S. Mail in a postage-paid envelope addressed as follows:

>Kathleen O'Malley
>Janvier Law Firm
>311 E. Edenton Street
>Raleigh, North Carolina 27601

>/s/ Jeffrey B. Kuykendal
>Jeffrey B. Kuykendal